ACCEPTED
01-15-00197-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
8/17/2015 12:00:00 AM
CHRISTOPHER PRINE
CLERK

## No. 01-15-00197-CV

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
8/17/2015 8:48:00 AM
CHRISTOPHER A. PRINE
Clerk

### IN THE COURT OF APPEALS
### FOR THE FIRST DISTRICT OF TEXAS
### AT HOUSTON

### LETICIA LOYA,
*Appellant,*

### V.

### IAN TAYLOR, JACOBUS STERKEN, STICHTING TINSEL GROUP, VITOL HOLDING II S.A., AND TINSEL GROUP, S.A.,
*Appellees.*

Appeal from the 190th Judicial District Court, Harris County, Texas
Trial Court Cause No. 2012-33464

### UNOPPOSED SECOND MOTION TO EXTEND
### TIME FOR FILING APPELLANT'S REPLY BRIEF

### TO THE HONORABLE FIRST COURT OF APPEALS:

LETICIA LOYA, Appellant, moves this Court to grant an extension of time to file Appellant's Reply Brief, and respectfully states:

1. Appellant's Brief is due to be filed with this court on or about August 14, 2015.

1

2. Appellant seeks a one (1) day extension of time to file Appellant's Brief, which would make Appellant's Brief due on or before August 17, 2015.

3. This extension of time is necessary because lead counsel for Appellant's legal assistant inadvertently overlooked the deadline while assisting another counsel for trial in an unrelated matter. Also, lead counsel for Appellant was/is participating in several oral arguments, appeals and/or trials with deadlines prior to the August 14th deadline:

- *Universal Gold Coin v. FedEx et al*, Western District of Tennessee (pre-trial motions)
- *Altamirano v. KONE*, 136th Judicial District of Texas (pretrial motions)
- *Tomsic v. Real Flame Co., Inc.*, Eastern District of Texas (responses to motions to dismiss)
- *Bortz v. The Tuthill Corporation, d/b/a Blue Mountain Ski Area*, Carbon County, Pennsylvania (pre-trial motions)

As a result, time constraints will make it difficult to adequately prepare the brief in this appeal. This request is not filed for the purpose of delay, but rather to afford counsel adequate time to prepare the reply brief. Therefore, additional time is needed to adequately prepare the arguments in this case.

4. Counsel for Appellant has conferred with counsel for Appellees Ian Taylor, Jacobus Sterken, Stichting Tinsel Group, Vitol Holding II S.A., Tinsel Group, S.A., and Miguel Loya, and Appellees do not oppose this motion to extend time.

2

5. This is the second extension of time Appellant has sought for the filing of the Appellant's Reply Brief.

For these reasons, LETICIA LOYA, Appellant, requests that this Court render an order extending the time for filing Appellant's Brief to and including August 17, 2015. Appellant also requests any other relief to which she may be entitled.

Respectfully submitted,

**PROVOST ⋆ UMPHREY LAW FIRM, L.L.P.**
490 Park Street
P. O. Box 4905
Beaumont, Texas 77704
(409) 835-6000
(409) 813-8682 (FAX)

By: _/ s / Jennifer Job_
       Jennifer Job
       Texas State Bar No. 24050682
       James Payne
       Texas State Bar No. 00788171
**ATTORNEYS FOR APPELLANT**

## CERTIFICATE OF CONFERENCE

I hereby certify that I conferred with counsel for Appellees Miguel Loya, Ian Taylor, Jacobus Sterken, Stichting Tinsel Group, Vitol Holding II S.A., and Tinsel Group, S.A. concerning this motion, and Appellees do not oppose the relief requested in this motion.

_/ s / Jennifer Job_

3

## CERTIFICATE OF SERVICE

I hereby certify that a copy of this motion to amend notice of appeal has been sent to all known counsel of record via EFILE and/or certified mail, return receipt requested on August 15, 2015.

          */ s / Jennifer Job*
          Jennifer Job